**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ALEX NEIRA ZELAYA,

    Petitioner,

    v.

PAMELA BONDI, *U.S. Attorney General*,
KRISTI NOEM,
*Secretary of Homeland Security*,
TODD M. LYONS,
*Acting Director, U.S. Immigration and
Customs Enforcement*, and
VERNON LIGGINS,
*Acting Director, Baltimore Field Office, U.S.
Immigration and Customs Enforcement*,

    Respondents.

Civil Action No. 26-0821-TDC

**ORDER**

For the reasons stated in the March 2, 2026 Case Management Conference, it is hereby

ORDERED that, by **Wednesday, March 4, 2026**, the parties shall file either a Notice of Dismissal

or a Joint Status Report proposing the next steps in this case.

Date: March 2, 2026

THEODORE D. CHUANG
United States District Judge